USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,         :    06-Cr-1179 (SHS)

    -against-                                     :

ALEX GORVITS,                                 :    ORDER

                Defendant.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        The Court has received defendant's letter dated May 1, 2018, requesting permission to travel to Kiev for three weeks in June. In light of defendant's prior violation of supervised release for which he was released from prison approximately one year ago; as well as the fact that he wrote that "P.O. Dignam has no objection to this travel plan," but Probation Officer Dignam has informed the Court that that is not what she informed Mr. Gorvits; as well as his prior difficult relationship with the U.S. Probation Officer for the Northern District of New York,

        The Court hereby exercises its discretion to deny defendant's request to travel to Kiev. There is no right to travel abroad during supervised release. The church for whom defendant was asking to travel should either find someone else to go or send Mr. Gorvits after his period of supervised release has successfully concluded.

Dated:   New York, New York
            May 8, 2018

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.